UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAWNA E. ROMO ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FAIRBANKS CAPITAL CORPORATION ) <br> a/k/a SELECT PORTFOLIO ) <br> SERVICING INC.; HOMEOWNER'S ) <br> LOAN CORP., ) <br> ) <br> Defendant. ) <br> _____) | NO. CV-04-0251-MWL <br><br> ORDER ADOPTING STIPULATION OF <br> DISMISSAL WITH PREJUDICE |

On November 3, 2005, Plaintiff, Shawna E. Romo, by and through her attorney of record, Larry Weiser, and Defendants, Fairbanks Capital Corporation, a.k.a., Select Portfolio Servicing, Inc. and Homeowner's Loan Corp., by and through their attorneys of record, Mark Bailey and Jed Morris, agreed and stipulated to dismiss the above entitled matter with prejudice and without costs or attorneys' fees to either party.  (Ct. Rec. 36).

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED:

1.   The above entitled case is hereby dismissed with prejudice.

2.   Each party shall bear their own attorneys' fees and costs.

3. The Clerk of the Court is directed to file this Order, provide a copy to counsel for Plaintiff and Defendant, and **CLOSE** the file.

DATED this 4th day of November 2005.

                                  S/ Michael W. Leavitt
                                     MICHAEL W. LEAVITT
                              UNITED STATE MAGISTRATE JUDGE